UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARLOS M. MOORE, | ) | |
| | ) | |
| Petitioner, | ) | 2:11-cv-01654-JCM-VCF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BRIAN E. WILLIAMS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

Per this court's order, petitioner Marlos M. Moore filed his proof in response to this court's order to show cause that his petition is timely filed (ECF #6). Respondents did not respond in any manner. The petition was served on respondents more than 90 days ago. Accordingly, the court directs respondents to file an answer or otherwise respond to the petition within thirty days.

**IT IS THEREFORE ORDERED** that respondents shall have **thirty (30) days** from the date of entry of this order to file an answer or otherwise respond to the petition.

Dated, this 7th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE